PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

MAR 22 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-MJ-0054 DB |
| Plaintiff, | [PROPOSED] ORDER TO UNSEAL CASE AND ALL FILINGS |
| v. | |
| RUSLAN KIRILYUK, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the case and all filings therein in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: March 22, 2017

The Honorable Deborah L. Barnes
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL